IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
NOV 7 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| ROGER BEASLEY IMPORTS, INC., PLAINTIFF, | § § § | |
| V. | § § § | CAUSE NO. 1:21-CV-162-LY |
| JPMORGAN CHASE BANK, N.A., DEFENDANT. | § § § | |

### FINAL JUDGMENT

Before the court is the above-referenced cause. On this date, the court granted Defendant JPMorgan Chase Bank, N.A.'s motion for summary judgment and dismissed with prejudice Plaintiff Roger Beasley Imports, Inc.'s remaining breach-of-contract claim. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendant JPMorgan Chase Bank, N.A. is awarded costs.

**IT IS FINALLY ORDERED** that the cause is hereby **CLOSED**.

SIGNED this ___7th___ day of November, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE